UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIDGETTE CABRERA ESTRADA,<br><br>        Defendant. | 2:22-mj-00061-CKD<br><br>ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE:  November 10, 2022<br>TIME:  9:30 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:22-mj-00061-CKD without prejudice is GRANTED.

    It is further ordered that the status conference scheduled on November 10, 2022, is vacated.

IT IS SO ORDERED.

Dated: November 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE STATUS CONFERENCE        1        U.S. v. BRIDGETTE C. ESTRADA